Attorneys at Law

PLEASE REPLY TO:
3366 Park Ave.
Wantagh, NY 11793
(516) 228-8400
Fax: (516) 228-8415

Trinity Building
111 Broadway, 9th Floor
New York, NY 10006-1901
(212) 686-7000
Fax: (516) 228-8415

August 21, 2018

<u>*Via ECF*</u>
Hon. Kathleen A. Tomlinson
Magistrate Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: *The Retail Property Trust v. Nassau County Dep't of Assessment, et al.*
      Case No. 17-CV-2193 (JFB) (AKT)
      Our File No.: 650-180801R

Dear Magistrate Judge Tomlinson:

  This firm has recently been retained and substituted as counsel for the defendants in the above-referenced matter. Our previous letter of August 20, 2018, requested an extension of time, until late November of 2018, to complete discovery as necessitated by our role as "new" counsel on this matter.

  We have spoken with opposing counsel and have been advised that they do not object to our request for an extension of time to complete discovery. As such, we respectfully request that our application be granted.

  However, should your Honor wish to conference this matter, either telephonically, or by Court appearance, we will readily make ourselves available. Thank you for the Court's attention to this matter.

          Respectfully submitted,

          *Kenneth R. Maguire*

          Kenneth R. Maguire, Esq.

KRM:mh

<u>*Via ECF*</u>
FORCHELLI, CURTO, DEEGAN,
SCHWARTZ, MINEO & TERRANA, LLP
*Attorneys for Plaintiff*

KEN MAGUIRE &
ASSOCIATES PLLC    Page 2

Jeffrey G. Stark
The Omni
333 Earle Ovington Blvd, Suite 1010
Uniondale, New York 11553
(516) 248-1700